

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2015

No. 04-15-00429-CV

**IN RE** Ronald J. **REYES** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Patricia O. Alvarez, Justice

On July 13, 2015, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than July 30, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The temporary orders in suit affecting the parent-child relationship orally rendered by Judge Stephani Walsh on May 8, 2015 and later reduced to a written order signed by Judge Karen Pozza on June 26, 2015 are temporarily stayed pending further order of this court.

It is so **ORDERED** on July 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-06251, styled *In the Interest of P.R.R., A Child*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding. Judge Walsh rendered the challenged order on May 8, 2015, which was later reduced to a written order and signed by Judge Karen Pozza.